UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61293-CIV-UNGARO/SIMONTON

ADRIENNE KERN and RONI HOPKINS,

  Plaintiffs,

v.

EVENTNET USA, INC., and
IRA JAFFE,

  Defendants.
_____/

## ANSWER

Defendant, Ira Jaffe, hereby files his answer to the complaint and in support thereof states:

1. The Defendant admits the allegations contained in paragraph 2 of the Complaint.

2. The Defendant is without knowledge and therefore denies the allegations contained in paragraphs 1, 4, 10, 14 and 21 of the Complaint.

3. All the remaining allegations are denied.

## AFFIRMATIVE DEFENSES

4. The Defendant is exempt from compliance with the Fair Labor Standard Act relating to overtime compensation as the Plaintiffs herein were administrative employees as defined by 29 U.S.C. § 541.202. More specifically, pursuant to the attached agreements, which Plaintiffs omitted from their complaint, the Plaintiffs primary job functions was onsite management which

CASE NO.: 10-61293-CIV-UNGARO/SIMONTON

included but not limited to forming schedules, staffing the promotions, management of labor, coordinating the pickup and/or deliver of promotional product, research and develop days and locations for new events, maintain inventory and create daily, weekly and monthly reports. These functions all require the Plaintiffs to exercise discretion and independent judgement with respect to significant matters and as such, the Plaintiffs complaint should be dismissed and/or judgement entered in favor of the Defendant.

5. The Defendant is exempt from compliance with the Fair Labor Standard Act relating to overtime compensation as the Plaintiffs herein were administrative employees as defined by 29 U.S.C. § 541.201. More specifically, pursuant to the attached agreements, which Plaintiffs omitted from their complaint, the Plaintiffs primary job functions was onsite management which included but not limited to communicating with representatives of customers and locations, forming schedules, staffing the promotions, management of labor, coordinating the pickup and/or deliver of promotional product, research and develop days and locations for new events, maintain inventory and create daily, weekly and monthly reports. These functions are work directly related to the management or general business operations of the corporate Defendant or its customers and as such, the Plaintiffs complaint should be dismissed and/or judgement entered in favor of the Defendant.

CASE NO.: 10-61293-CIV-UNGARO/SIMONTON

WHEREFORE, Defendant respectfully requests that the Court dismiss the complaint and/or enter final judgement in favor of the Defendant and against the Plaintiff awarding the Defendant costs and attorney's fees.

> PAUL H. BASS, ESQ.
> Attorney for Defendant
> 9350 South Dixie Highway, Esq.
> Suite 930
> Miami, Florida 33156
> (305) 670-4191 Phone
> (305) 670-5596
>
>
> By: /s/ PAUL H. BASS, ESQ.
> PAUL H. BASS, ESQ.
> Florida Bar No. 110188

CASE NO.: 10-61293-CIV-UNGARO/SIMONTON

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17th, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/PAUL H. BASS, ESQ.

## **SERVICE LIST**

Andrew S. Alitowski, Esq.
Attorney for Plaintiff,
Law Offices of Andrew S. Alitowski, P.A.
401 East Las Olas Blvd, Suite 1400
Ft. Lauderdale, Florida 33301



# EVERFRESH IN-MARKET PROGRAM 2010
# INDEPENDENT CONTRACT AGREEMENT

This Agreement is made effective this day of May 3, 2010 for the term of May 16, 2010 through July 9, 2010 between **Roni Hopkins** (to be referred to as Contractor hereafter) and **EVENTNETUSA, Inc.**

WHEREAS, Contractor is engaged in the business of promotional program management, traveling and on-site marketing programs, and EVENTNETUSA wishes to contract for such services for a defined period of time listed in Section 1 below.

This Agreement shall not render the Contractor an employee, partner, agent of or joint venture with the Company for any purpose. The Contractor is and will remain an independent contractor in [his or her] relationship to the Company. As such, the Company shall not be responsible for withholding taxes with respect to the Contractor's project fee hereunder.

It is understood that the Contractor is solely responsible for the reporting of income and payment of all federal, state and local taxes.

It is also understood that the Contractor has already or will in the near future file a business or self-employment income tax with the IRS.

The Contractor has and will maintain independent health insurance throughout the duration of this contract. In addition, the Contractor is fully responsible for all medical costs that may be incurred during the contracted term, (see item #6)

The Contractor shall have no claim against the Company hereunder or otherwise for vacation pay, sick leave, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment insurance benefits, or employee benefits of any kind. No payroll or employment taxes of any kind shall be withheld or paid with respect to service fees charged to the company by the Contractor. The payroll or Employment taxes that are the subject of this paragraph include but are not limited to FICA, FUTA, Federal Personal Income Tax, State Personal Income Tax, State Disability Insurance Tax and State Unemployment Insurance Tax. No Worker's Compensation Insurance has been or will be required by either party.

WHEREAS, EVENTNETUSA wishes to retain the project services of Contractor for the purpose of providing market management services for the EVERFRESH IN-MARKET PROGRAM 2010.

NOW THEREFORE, in consideration of the foregoing premises, all of which are incorporated herein by this reference and the covenant and agreements hereinafter set forth, Contractor and EVENTNETUSA agree as follows:

1. **PROJECT TERM:** Commencing MAY 16, 2010 and completing on or about JULY 9, 2010. Contractor shall provide traveling and onsite management services for the Everfresh In-Market Program.

    On-site management shall include but not be limited to: communication with designated representatives, formation and adherence to agreed schedule, driving vehicle, staffing promotion, set up, breakdown and safe storage of equipment, management of local labor,



guerilla sampling, pickup/delivery coordination of product, research/development of guerilla days/locations (with EventNetUSA office support), maintenance of vehicles, inventory maintenance, return vehicles, shipping materials, daily, weekly and monthly reporting etc.

Contractor also agrees to use his/her expertise in reporting any maintenance issues with the company's vehicle, promotional exhibits, etc.

2. THE PROGRAM:

Contractor understands that his/her program route may change in accordance with the decisions of EVENTNETUSA and their client at anytime and without notice and Contractor will be expected to reroute.

3. THE VEHICLE: EVENTNETUSA will provide Contractor with branded and customized program vehicle. EVENTNETUSA will pay all fuel, tolls, taxes and other expenses related to the maintenance of vehicle while the vehicle is in use for business purposes.

4. EVENTNETUSA will maintain insurance coverage on said vehicle. Contractor may not take legal action of any kind against EVENTNETUSA or its insurance carrier for damage done in result to the fault or negligence of The Contractor

Company policy mandates that all drivers and passengers wear seatbelts when operating company vehicles.

5. ACCEPTANCE OF CONTRACTOR'S BID AND TERMS OF PAYMENT:

EVENTNETUSA has agreed to Contractor's Bid to provide services in this Agreement for the amount of $7,200.00

Contractor to be paid as follows:

   A. Four payments of $1,800.00 paid bi-weekly (or appropriate pro-rated amount) beginning Friday May 28, 2010 and ending July 9, 2010.

   B. EVENTNETUSA will hold $300.00 per pay period of Contractor's fee to insure project completion, which will be paid "in full" to Contractor upon completion of program including return of vehicles, equipment, credit cards, cash owed, etc. to EVENTNETUSA designated area.

   C. The held $1,200.00 will be paid on July 23, 2010 with terms and conditions as stated above.

   D. EVENTNETUSA shall reimburse Contractor monthly for requested out-of-pocket costs and expenses (fax, tolls, postage, etc...). All outstanding expenses must be submitted by July 15, 2010 to receive reimbursement.
      I. If an expense is submitted without proper request and approval, EVENTNETUSA reserves the right to have that expense deducted from the Contractor's fee.

Confidential: EventNetUSA May 3, 2010

2



Contractor acknowledges that the confidential information obtained from EVENTNETUSA by Contractor throughout the term of this agreement is the property of EVENTNETUSA and any release of such information to EVENTNETUSA's competitors or other organizations could cause harm to EVENTNETUSA. Contractor agrees that the compensation payable to Contractor pursuant to this agreement includes the consideration for Contractor's agreement not to render services to any entity other than EVENTNETUSA with respect to the production or management of the Everfresh In-Market Program or other program/event sponsored by Everfresh for the above stated period.

9. Contractor represents and warrants to EVENTNETUSA, and EVENTNETUSA is relying on these representations and warranties, that (i) Contractor has all licenses necessary to carry out Contractor's obligations hereunder, (ii) Contractor has the experience and work background to enable Manger to fulfill Contractor's obligations hereunder in the manner contemplated, and (iii) he/she has never been convicted of a felony.

10. This agreement and the performance of the transactions contemplate herein shall be governed by and construed in accordance with the laws of the State of Florida.

11. This contract is considered binding pending a full driving and background check subject to the acceptance and approval of the EVENTNETUSA staff.

AGREED TO ON THE 3rd DAY OF MAY 2010

EVENTNETUSA, INC.
BY: _____

BY: Roni Hopkins *(signature)*

**EVENTNET, SA**
FULL SERVICE PRODUCT EVENT MARKETING

MALLS • FAIRS • MOBILE MARKETING • CAMPS • SCHOOLS • STADIUMS

MAILING ADDRESS: 1129 N.E. 4th AVENUE, FT. LAUDERDALE, FL 33310
PHONE: (954) 465-8899 • FAX: (954) 467-8252 • E-MAIL ADDRESS: info@eventnetusa.com
WEBSITE: eventnetusa.com

## EVERFRESH IN-MARKET PROGRAM 2010
## INDEPENDENT CONTRACT AGREEMENT

This Agreement is made effective this day of May 3, 2010 for the term of May 24, 2010 through July 5, 2010 between **Adrienne Kern** (to be referred to as Contractor hereafter) and **EVENTNETUSA, Inc.**

WHEREAS, Contractor is engaged in the business of promotional program management, traveling and on-site marketing programs, and EVENTNETUSA wishes to contract for such services for a defined period of time listed in Section 1 below.

This Agreement shall not render the Contractor an employee, partner, agent of or joint venture with the Company for any purpose. The Contractor is and will remain an independent contractor in [his or her] relationship to the Company. As such, the Company shall not be responsible for withholding taxes with respect to the Contractor's project fee hereunder.

It understood that the Contractor is solely responsible for the reporting of income and payment of all federal, state and local taxes.

It is also understood that the Contractor has already or will in the near future file a business or self-employment income tax with the IRS._

The Contractor has and will maintain independent health insurance throughout the duration of this contract. In addition, the Contractor is fully responsible for all medical costs that may be incurred during the contracted term, (see item #6)

The Contractor shall have no claim against the Company hereunder or otherwise for vacation pay, sick leave, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment insurance benefits, or employee benefits of any kind. No payroll or employment taxes of any kind shall be withheld or paid with respect to service fees charged to the company by the Contractor. The payroll or Employment taxes that are the subject of this paragraph include but are not limited to FICA, FUTA, Federal Personal Income Tax, State Personal Income Tax, State Disability Insurance Tax and State Unemployment Insurance Tax. No Worker's Compensation Insurance has been or will be required by either party.

WHEREAS, EVENTNETUSA wishes to retain the project services of Contractor for the purpose of providing market management services for the EVERFRESH IN-MARKET PROGRAM 2010.

NOW THEREFORE, in consideration of the foregoing premises, all of which are incorporated herein by this reference and the covenant and agreements hereinafter set forth, Contractor and EVENTNETUSA agree as follows:

1. PROJECT TERM: Commencing MAY 24, 2010 and completing on or about JULY 5, 2010. Contractor shall provide traveling and onsite management services for the Everfresh In-Market Program.

   On-site management shall include but not be limited to: communication with designated representatives, formation and adherence to agreed schedule, driving vehicle, staffing promotion, set up, breakdown and safe storage of equipment, management of local labor,

**EVENTNET US**

FULL SERVICE PRODUCT EVENT MARKETING

MALLS · FAIRS · MOBILE MARKETING · CAMPS · SCHOOLS · STADIUMS

guerilla sampling, pickup/delivery coordination of product, research/development of guerilla days/locations (with EventNetUSA office support), maintenance of vehicles, inventory maintenance, return vehicles, shipping materials, daily, weekly and monthly reporting etc.

Contractor also agrees to use his/her expertise in reporting any maintenance issues with the company's vehicle, promotional exhibits, etc.

2. THE PROGRAM:

   Contractor understands that his/her program route may change in accordance with the decisions of EVENTNETUSA and their client at anytime and without notice and Contractor will be expected to reroute.

3. THE VEHICLE: EVENTNETUSA will provide Contractor with branded and customized program vehicle. EVENTNETUSA will pay all fuel, tolls, taxes and other expenses related to the maintenance of vehicle while the vehicle is in use for business purposes.

4. EVENTNETUSA will maintain insurance coverage on said vehicle. Contractor may not take legal action of any kind against EVENTNETUSA or its insurance carrier for damage done in result to the fault or negligence of The Contractor

   Company policy mandates that all drivers and passengers wear seatbelts when operating company vehicles.

5. ACCEPTANCE OF CONTRACTOR'S BID AND TERMS OF PAYMENT:

   EVENTNETUSA has agreed to Contractor's Bid to provide services in this Agreement for the amount of $5,400.00

   Contractor to be paid as follows:

   A. Four payments of $1,050.00 paid bi-weekly (or appropriate pro-rated amount) beginning Friday May 28, 2010 and ending July 9, 2010.

   B. EVENTNETUSA will hold $300.00 per pay period of Contractor's fee to insure project completion, which will be paid "in full" to Contractor upon completion of program including return of vehicles, equipment, credit cards, cash owed, etc. to EVENTNETUSA designated area.

   C. The held $1,200.00 will be paid on July 23, 2010 with terms and conditions as stated above.

   D. EVENTNETUSA shall reimburse Contractor monthly for requested out-of-pocket costs and expenses (fax, tolls, postage, etc...). All outstanding expenses must be submitted by July 15, 2010 to receive reimbursement.

Confidential: EventNetUSA May 3, 2010                                                          2

**EVENTNET US**

FULL SERVICE PRODUCT EVENT MARKETING

MALLS · FAIRS · MOBILE MARKETING · CAMPS · SCHOOLS · STADIUMS

MAILING ADDRESS: 1119 N.E. 4th AVENUE, FT. LAUDERDALE, FL 33304
PHONE: (954) 467-8889 · FAX: (954) 467-8252 · E-MAIL ADDRESS: info@eventnetusa.com
WEBSITE: eventnetusa.com

> i. If an expense is submitted without proper request and approval, EVENTNETUSA reserves the right to have that expense deducted from the Contractor's fee.
> ii. All expenses must be submitted with proper documentation, including original receipts.
> iii. Program assistant managers are expected to make/keep copies of all receipts as backup.
> iv. Expenses submitted without receipts will be the financial responsibility of the program assistant managers.

E. All lodging, food, entertainment and other costs incurred in this project are solely the responsibility of Contractor. EVENTNETUSA will not be held responsible, liable or accountable for any of the above mentioned costs.

F. $75 lodging per diem and $40 meal per diem will be allocated during training, drive to market and drive from market back to EVENTNETUSA for managers only. Per diem days will be determined by EVENTNETUSA. Per diem will not be distributed on days where EVENTNETUSA provides lodging and meals.

6. Contractor hereby indemnifies EVENTNETUSA for any claims or injuries resulting from his/her negligence or wrongful acts.

7. Contractor may terminate this agreement at any time without cause upon thirty (30) days notice to EVENTNETUSA. EVENTNETUSA may terminate this agreement at any time without cause upon thirty (30) days notice to Contractor. In addition, EVENTNETUSA may terminate this agreement immediately and without prior notice (i) upon Contractor's failure to perform any of his/her duties hereunder, (ii) in the event any of Contractors representations and warranties are untrue or cease to be true, or (iii) any time Contractor breaks any of the rules set down by EVENTNETUSA either in this contract or in training, (any of the foregoing reasons being considered termination for cause). NOTE: Early termination of this contract by either party will result in the forfeit of the withheld funds described in section 5.

If the client decides to terminate their agreement with EVENTNETUSA for any reason it is understood that Contractor will be paid (including withheld funds) through date of termination.

If Contractor self-terminates this agreement with less than 30 days notices Contractor forfeits all withheld funds described in section 5 as well as all outstanding fees, expenses, etc...

8. Contractor shall not during the agreement or at any time thereafter without EVENTNETUSA's written expressed permission reveal or otherwise make available to any other person any confidential information or trade secrets regarding EVENTNETUSA and/or any of EVENTNETUSA's products, business, customers, vendors or methods of operations learned by Contractor during the term of this agreement.

In addition, Contractor covenants and agrees not to accept projects from or render services to any other corporation, agency, individual or organization other than

**EVENTNET**
FULL SERVICE PRODUCT EVENT MARKETING

MALLS · FAIRS · MOBILE MARKETING · CAMPS · SCHOOLS · STADIUMS

MAILING ADDRESS 1129 S.E. 4th AVENUE, FT. LAUDERDALE, FL 33316
PHONE (954) 463-9000 · FAX (954) 467-4292 · E-MAIL ADDRESS info@eventnetusa.com
WEBSITE eventnetusa.com

EVENTNETUSA for the production or management of the Everfresh In-Market Program for a period of six (6) months from the effective date of this agreement.

Contractor acknowledges that the confidential information obtained from EVENTNETUSA by Contractor throughout the term of this agreement is the property of EVENTNETUSA and any release of such information to EVENTNETUSA's competitors or other organizations could cause harm to EVENTNETUSA. Contractor agrees that the compensation payable to Contractor pursuant to this agreement includes the consideration for Contractor's agreement not to render services to any entity other than EVENTNETUSA with respect to the production or management of the Everfresh In-Market Program or other program/event sponsored by Everfresh for the above slated period.

9. Contractor represents and warrants to EVENTNETUSA, and EVENTNETUSA is relying on these representations and warranties, that (i) Contractor has all licenses necessary to carry out Contractor's obligations hereunder, (ii) Contractor has the experience and work background to enable Manger to fulfill Contractor's obligations hereunder in the manner contemplated, and (iii) he/she has never been convicted of a felony.

10. This agreement and the performance of the transactions contemplate herein shall be governed by and construed in accordance with the laws of the State of Florida.

11. This contract is considered binding pending a full driving and background check subject to the acceptance and approval of the EVENTNETUSA staff.

AGREED TO ON THE 3rd DAY OF MAY 2010

EVENTNETUSA, INC.
BY: _____

BY: *Adrienne Kern* (signature)